William Edenborn

—vs—

Singold Warehouse Company

No. 7999.

Court of Appeal.

Parish of Orleans.

----------

-----

Dinkelspiel, J.

For the reasons assigned this day in case No. 7998, entitled William Edenborn versus Singold Warehouse Co. et als, the judgment in this case is reversed and the case remanded and

It is ordered, adjudged and decreed, that this case be remanded to the Lower Court, defendant to pay costs of Appeal and all other costs to await the final decision of this cause.

Judgment reversed and remanded.